IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:20-cv-00021

| | |
|---|---|
| OWNERS INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | MOTION FOR |
| ) | SUMMARY JUDGMENT |
| MM SHIVAH LLC, ) | |
| MANOJKUMAR MONHANLAL ) | |
| GANDHI, ) | |
| MONA GANDHI, ) | |
| CHOICE HOTELS INTERNATIONAL, ) | |
| INC., ) | |
| MM VAIBHAVLAXMI, LLC, ) | |
| CI HOTELS LLC, and WS HOTELS LLC, ) | |
| ) | |
| Defendant ) | |

COMES NOW, Defendant Choice Hotels International, Inc. ("Choice"), pursuant to Fed. R. Civ. P. No. 56 and Local Rule 56.1, and moves this Court for Summary Judgment. For the reasons set forth fully in Choice's Separate Statement of Material Facts and Memorandum of Law in Support of this Motion for Summary Judgment, Plaintiff Owners Insurance Company ("Owners") has a duty to defend Choice as a matter of law, and there are no genuine issues of material fact remaining. Accordingly, Choice is entitled to summary judgment in its favor.

WHEREFORE, Defendant Choice respectfully requests that this Court GRANT its Motion for Summary Judgment DECLARING that Plaintiff Owners Insurance Company owes Choice a duty to defend and a duty to indemnify in the Underlying Action.

/s William H. McKenzie, IV
William H. McKenzie, IV
Alabama Bar. No. ASB-8841-M70M
Norman Wood Kendrick & Turner
Ridge Park Place, Suite 3000
1130 22ND Street South
Birmingham, AL 35205
(205) 259-1039
whm@nwkt.com
Attorney for Choice Hotels International, Inc.
(*Admitted via Special Appearance*)

s/ Allison J. Becker
Allison J. Becker, Esq.
North Carolina State Bar No. 41993
Gordon Rees Scully Mansukhani, LLP
421 Fayetteville Street
Suite 330
Raleigh, NC 27601
Phone: 919-787-4555
Fax: 919-741-5840
Email: abecker@grsm.com
Attorney for Defendant Choice Hotels International, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this the 5th day of March 2021, I served the foregoing on the following parties:

Stephen K. Pytlik
Elizabeth H. Overmann
McAngus Goudelock & Courie
Post Office Box 30516
Raleigh, NC 27622

Luther D. Starling, Jr.
Michele Ledo, Esq.
Daughtry, Woodard, Lawrence & Starling
405 East Market Street
Smithfield, NC 27577

s/ William H. McKenzie, IV
William H. McKenzie, IV