UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| OWNERS INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MM SHIVAH LLC, MANOJKUMAR )<br>MONHANLAL GANDHI, MONA GANDHI, )<br>CHOICE HOTELS INTERNATIONAL, INC., )<br>MM VAIBHAVLAXMI, LLC, CI HOTELS )<br>LLC, and WS HOTELS LLC, )<br>)<br>Defendants. ) | **JUDGMENT IN A**<br>**CIVIL CASE**<br>**CASE NO. 5:20-CV-21-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS IN PART Owners's motion for summary judgment as to MM Vaibhavlaxmi, LLC, CI Hotels LLC, and WS Hotels LLC [D.E. 56], DENIES IN PART Owners's motion for summary judgment as to MM Shivah, Manoj, Mona, and Choice [D.E. 56], GRANTS MM's Shivah's motion for partial summary judgment [D.E. 53], and GRANTS Choice's motion for summary judgment [D.E. 50]. Accordingly, Owners must defend MM Shivah, Manoj, Mona, and Choice Hotels. Owners need not defend MM V aibhavlaxmi, LLC, CI Hotels LLC, or WS Hotels LLC.

**This Judgment Filed and Entered on March 4, 2022, and Copies To:**

| | |
|---|---|
| Elizabeth Hayes Overmann | (via CM/ECF electronic notification) |
| Stephen Kyle Pytlik | (via CM/ECF electronic notification) |
| Luther Donald Starling, Jr. | (via CM/ECF electronic notification) |
| Allison J. Becker | (via CM/ECF electronic notification) |
| William H. McKenzie | (via CM/ECF electronic notification) |

DATE:  
March 4, 2022

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Sellers  
Deputy Clerk