UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| OWNERS INSUANCE COMPANY, | |
| Plaintiff, | |
| vs. | **AMENDED JUDGMENT IN A CIVIL CASE** |
| MM SHIVAH LLC, MANOJKUMAR MONHANLAL GANDHI, MONA GANDHI, CHOICE HOTELS INTERNATIONAL, INC., MM VAIBHAVLAXMI, LLC, CI HOTELS LLC, and WS HOTELS, LLC, | **CASE NO. 5:20-CV-21-D** |
| Defendants. | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS IN PART Owners's motion for summary judgment as to MM Vaibhavlaxmi, LLC, CI Hotels LLC, and WS Hotels LLC [D.E. 56], DENIES IN PART Owners's motion for summary judgment as to MM Shivah, Manoj, Mona, and Choice [D.E. 56], GRANTS MM's Shivah's motion for partial summary judgment [D.E. 53], and GRANTS Choice's motion for summary judgment [D.E. 50]. Accordingly, Owners must defend MM Shivah, Manoj, Mona, and Choice Hotels. Owners need not defend MM Vaibhavlaxmi, LLC, CI Hotels LLC, or WS Hotels LLC. The issue of whether Owners owes a duty to indemnify MM Shivah, Manoj, Mona, and Choice Hotels has not been adjudicated by the court.

**This Judgment Filed and Entered on** 4/5/2022 **, and Copies To:**

| | |
|---|---|
| Elizabeth Hayes Overmann | (via CM/ECF electronic notification) |
| Stephen Kyle Pytlik | (via CM/ECF electronic notification) |
| Luther Donald Starling, Jr. | (via CM/ECF electronic notification) |
| Allison J. Becker | (via CM/ECF electronic notification) |
| William H. McKenzie | (via CM/ECF electronic notification) |
| Steven P. Weaver | (via CM/ECF electronic notification) |

1

DATE:

4/5/2022

PETER A. MOORE, JR., CLERK

(By) *Nicole Sellers*
Deputy Clerk